# UNITED STATES DISTRICT COURT

for the

District of ~~Vermont~~ Washington DC

Case: 1:22-cv-01911 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/12/2022
Description: Pro Se Gen. Civ. (F-DECK)

Kimberly D Crosson

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Vincent Illuzzi Vt State Atty

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant No. 3

Name: Vincent Illuzzi

Job or Title *(if known)*: Vermont State Attorney

Address: 38 Water Street P.O. Box 246

Orleans, Vermont 05860 (City, State, Zip Code)

County: Orleans

Telephone Number: 802 754 2880

E-Mail Address *(if known)*: Fax 802 754-2881

☒ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

City State Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

USC 242 1983, 28 usc 455, 18 usc 241, 18 usc 1503, 18 usc 1505 18 usc 1512, usc 1513, 18 usc 371, 18 usc 241, color of law, political rights human rights, civil disability, constitutional 1-10 + criminal

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1-10 constitutional amended rights civil rights, human, disability, fundamental

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Accepted false reports, lied to judge, denied evidence hid documents, ordered arrests and warrants, medical holds + medications, DCF to take child from family under known false pretenses, defamation slander libel

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Please see written/notarized statements

B. What date and approximate time did the events giving rise to your claim(s) occur?

Apx 2/13/2021, 2-22-2021, 2007, 3-26-2021, 3-29-2021 current date 5/10/2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

False arrest, false charges, loss of residence, loss of personal items, please see statements violation of all rights! It seems like each and every right was violated if studying the constitution and human rights

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Kimberly D Crosson 5/11/2022

Signature of Plaintiff Kimberly D Crosson (Hawes)

Printed Name of Plaintiff Kimberly D Crosson

Pro Se

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* *State* *Zip Code*

Telephone Number __________

E-mail Address Kimchawes@gmail.com

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see all statements
Since 2007 to current year and date 5/10/2022
unnecesary emotional, mental, and leading
to physical ailments to include a pacemaker
implant as result of know Broken Heart Syndrome
No family communication leading to distraught
roots and Human rights

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Criminal charges, maximum sentence
punitive damges
unspecified over $ 5.5 million settlement
plus all emotional, mental, and medical
distress - All damages applicable
* Injunction from abuse/harassment/all forms
of contact.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/11/2022

Signature of Plaintiff: Kimberly D Crosson AKA (Howes)

Printed Name of Plaintiff: Kimberly D Crosson AKA (Howes)

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ____________________

Address ____________________

____________________ ____________________ ____________________
*City* *State* *Zip Code*

Telephone Number ____________________

E-mail Address ____________________

Statement to be shared both Illuzi case + Bickford involved

Kevin's accusation on February 14th that I was standing out his door yelling profanity is a lie. This was acknowledged April 9th 2021 in a hearing held in Essex county Court on behalf of a restraining order plaintiff Kimberly Crosson.

February 4th 2021 Kevin's claim that after State Police left I went outside continue to yell profanity outside his door not founded per order April 9th 2021 as Kevin Bickford does not reside anywhere in 109 railroad Street Island pond Vermont residence.

Kevin's claims that defendant followed him and threatened to shoot him as well as slamming doors at 4:00 a.m. in order to wake up his son our faults and unfounded April 9th 2021 in a hearing of restraining order on behalf of Kimberly Crosson. Judge founded that Kevin does not reside at 109 railroad Street Island pond where he claims that cross on would be committing any slamming of doors and has not defined that he is the father of any child let alone a baby at 109 Railroad Street residence.

Claims of Crosson having photos of Bickford anytime he's outside or in the hallway as she is alleged to stand outside the front door and listen to everything he says and start yelling if he makes a sound is completely false and unfounded by the judge April 9th 2021 as again Kevin Bickford does not reside anywhere at 109 railroad Street Island pond Vermont.

Kevin Baird no proof of his allegations against cross-on saying that she threatens to kill him on more than one occasion including in text to his girlfriend as well as threatening to shove his elderly disabled mother down the stairs. Unfounded claims and allegations as they were brought up in the restraining order hearing on April 9th 2021.

Never was it mentioned nor is it factual but perhaps a delusional thought as Bickford is known to be on medications for paranoia and schizophrenia through Northeast Kingdom human services that he takes when he feels like it as well as other recreational drugs known of him to be taking and seen him taking.

Crosson has not called any of his girlfriend's friends requesting they do anything they are all adults and if they do something that is upon them I'm not their mother and I'm not their caretaker and therefore they're not my responsibility and I'm not responsible for anybody else's actions other than my own.

215-2021 approximately 12:31 hours trooper Jeff farrier received a report against crossing complaining stating she was yelling and screaming at Kevin bickford 32. In trooper farriers report he notes that Kevin bickford lives at 109 railroad Street apartment 6 Brighton Vermont and crossing resides at 109 railroad Street apartment 7. The judge has found it on April 9th 2021 that that claim of residency for bickford is false as he is not legally a resident at 109 railroad Street Brighton Vermont.

Claims by bickford to trooper failure that "Crosson was in front of and stomped to the front door of his girlfriend's apartment and begin to shout while standing in the apartment hallway he also advised she shouted at him and called him derogatory names bickford stated cross and continued to yell in the apartment hallway until she made it back to her apartment and slammed the door". That is very defaming and false as for one it does not claim what door I was at other than his girlfriend's door which I wouldn't be stomping anywhere is two feet across from mine and if Kevin bickford heard anything it was from behind my wall which I have the right to stay in my apartment and say whatever I want to as it's a freedom of speech. However his claims again are founded to be false by the judge as I had stated previously that this was all false before the judge got involved.

Whoever was with trooper ferrier Kevin or allegedly asked him according to their statement if he would write a sworn written statement regarding this above incident and he said yes later that day trooper farrier and whoever this person is drove to where the incident occurred and while bickford was providing his sworn written statement he advised cross and had been harassing him every time he stepped out of nights apartment bickford stated he wanted it to stop because he would become very emotional nervous regarding the harassment. Well first of all that didn't take place founded that he's not a resident here by the judge on April 9th 2021 I have all reason to believe in none to doubt that Kevin bickford sticks around purposely to harass Crosson an attempt to create hardship and bring great harm to her and her service dog as he continues to manipulate and control her through his actions and violence across the hall.

Paragraph number for bickford provided a sworn written statement which read around 10:00 a.m. he was in his girlfriend's apartment when Kim slammed her apartment during stump to the front door of his girlfriend's apartment shouting that she was going to have his kid taken from him and other obscenities. Full of lies there's no slamming of doors out of respect morals and manners, the fact is that Kevin has obviously made up fictitious lies and written false statements perhaps an attempt to commit harm through misconduct and retaliative actions. Kevin does not have a child of acknowledgment he is only verbally claiming giving him some entitlement to manhood would be my assumption.

Statement 5 when asked to explain where Kim was standing when the above incident occurred bickford stated in the hallway that connects all the apartments well which hallway because there's many hallways and it's not specified and bottom line is it never happened.

Super trooper Terrier never tried to contact defendant in any way to question if such actions ever were taking place had taken place or were taking place. Solely based upon the word of a mental health patient that is on prescribed psychotic medications to do with paranoia and schizophrenia, Vermont State Police without any due process took it upon themselves to file charges and complaints and obtain a warrant for my arrest.

As a result I was tormented harassed retaliated against demised defamed discriminated against in violated in many many ways. For all these reasons and more I request an immediate investigation in charges against myself be dropped as well as charges brought forward and against Kevin bickford for false statements and reports as well as harassment disorderly conduct disturbance of peace and any and all that may apply. Make note there is already filed docketed Federal lawsuit against bickford pertaining to all mentioned and stated above.

Kimberly D Crosson
P.O. Box 111
Freeport, Me 04032
Kimchowes@gmail.com

Kevin Bickford statement of claim

March 23,2021 Kevin Bickford stood in the doorway of apartment number 8 at 7:30 a.m. yelling at me calling me a psycho bitch and that he was calling the cops to let them know I was home. This being in response to him hearing me in the hallway putting my boots on to take my dog out side and following a loud disturbance coming from apartment 8 Aaron Ordway and his daughter, me asking Aaron to quiet his child down and stop being so disruptive as they spoke real loud and being very noisy coming up through the hallway stairs as well as slamming doors. This happens to be a regular everyday occurrence and it appears to only be Kevin Bickford and Aaron Ordway closing the doors loudly. Without a doubt in all reason to believe this being attempt to harass me which heightens my anxiety due to the fact that this is part of the harassment that has just started since February 11th 2021 in retaliation of Kevin being can confronted of yelling at my not even 13 month old grandson. This was acknowledged by Brianna who is my daughter and she was heard as well as told me herself approximately 3 hours later while we were both in the hallway that she had said something to Kevin in regards to his actions because they were not called for. These actions take place after Kevin bickford was just served with an acknowledgment of federal court civil action filed against him by me.

Kevin has retaliated in many ways to include calling the cops which would be harassment by illegal surveillance which I find to be a threat and fear to my safety in life as well as my service dog.

Kevin calling the cops out of retaliation against many other people who are witnesses to all of my claims. I have evidence of Kevin and his reports and calling police out of retaliation. Particularly a photo of Kevin standing outside the apartment house looking up into my bathroom window " yelling call the cops she's got a gun". That being back in February on the 14th, following on February 15th after the cops being at my house the previous day due to Kevin's reports and making it known that he was calling the cops with all intent to cause hardships out of retaliation as he speaks quite frequently and believes with a chuckle to follow it up that his activities in doing such cop calling reports to be funny as in humorous.

I point out the obvious that on Kevin's reports against me he claims that he lives / resides at apartment 6109 railroad Street Island pond Vermont 05846.I have proof evidence and witnesses to claim otherwise the fact is that being a lie in itself proves Kevin Bickford's credibility as he resides full-time apartment 8 2 ft across the hall from my apartment number seven. However he fraudulently claims to be an apartment six due to his general assistance that he receives from welfare and verified.

This to be the most recent action following a series of harassment reported to the Vermont State Police as well as filed civil action lawsuits in federal court against Kevin in regards to all claims of harassment violation of constitutional amended rights defamation of character and slander.

On or about February 12th right around that date Kevin Bickford started harassing me by calling me names holding my grandson under his arm up in my face telling me it'd be the last time I would see him. This incident following me reporting to my daughter out of concern that Kevin yelling at my grandson being her son was perhaps not acceptable due to emotional disruptions toward my grandson who was only 12 months of age. Subsequently after this episode and me reporting Kevin's actions to mandated reporters as well as law enforcement, Kevin continued notably on February 14th starting at approximately 9:00 a.m. in the morning harassing by looking up into my window visibly noticing that my light was on and yelling call the cops she's got a gun. It wasn't long after that noted by surveillance on the outside of the home that police officers entered the housing apartment building and started

pounding viciously on my door. Continuously since this date I have been denied fundamental rights human rights and civil rights been in fear of my life harassed on a continuous basis by Kevin Bickford defamed in character by Kevin Bickford leading to alleged reports with intent to falsify statements in perhaps due to me what he's done to my daughter in the past which would be perhaps wrongful fictitious reports to police leading to false arrest or charges. All of this harassment in false allegations and defamation that has been a continuous basis was brought on for a second boat after the first time of happening with him when he answered the phone at the hospital last year while my grandson was recently born in admitted into the hospital, at the same time my daughter being my grandson's mother was being committed into a psych ward due to alleged false allegations made against her by Kevin Bickford ,his family, and allegedly his friends that still reside in and around the apartment house that I reside in being same building as my daughter and Kevin Bickford being her boyfriend. Proof of in fact of allegations are to be proven through witnesses mandated reporters audio video and photo.

Relief requested will be in the sum of $25 a day American Cash to pay daily with no excuses to plaintiff from day of first incident reported until the day plaintiff is deceased and wílled to heir granson Jaycobi Knights in replacement of plaintiff after her death with no interference or excuses. Plaintiff request public apology and non acceptance to her immediate family. Plaintiff request Kevin Bickford b sentenced to community care volunteer throughout the community and state of Vermont cleaning up trash and debris 24 hours a week until he no longer able to physically move or death do him in.

Kimberly C (Howes) Crosson 5/10/2022

Kimchowes@gmail.com

2 of 2 pages
[illegible signature]
8/18/25

Without question all reason to believe and none to doubt the defendant participated in giving false information purposely to deter and defame the names and personal of myself and my daughter. Written statement submitted by officer Seth Rolfe of Waterville Police department Waterville Maine leading to Waterville Police department decision not to conduct a well-being check on my daughter as requested. The defamatory claims and statements that are put in writing by Waterville Police officer pertaining to the named defendants listed in my cases for slender defamation of character and more violations it is apparent this act hindered the safety Brianna and her well-being right of life noting that it has been verified through Volusia county sheriff's department Daytona Beach as well as Daytona Police department November 5th 2021 Brianna has left been seen in not heard of since October 9th following a baker act at a hospital on October 8th 2021. This following emotions act in September of 2021 following the frivolous act without a doubt all reason to believe Gordon Obert Jr putting Brianna on a bus to send her a way knowing full well her medical conditions Jeffrey Keaton as well knowing full well her situation as well as Justin Rolfe lying in confirmation of. Rick angle of Clermont Florida convinced Brianna to leave home with all conversation that can be verified as it took place over the phone to Brianna by Rick continued through Rick to Gordon and then Brianna was put on a bus and it said to have been going to Orlando so why did she go missing in Daytona?

Noting the fact that I have made all capacities from town to Federal level aware of the situation that started in the state of Vermont under the guidance of the attorney general TJ Donovan and nobody still wanted to assist or listen therefore it's led to many hardships through the defamatory and slanderish accusations leading to more violations of my rights constitutional human civil disability and more.

Seems to be a systematical bias shut down and failure throughout the state of Maine and the state of Vermont to include but not limited to some of that sheriff's department so we can Maine Maine State Police all troops in notification and receipts of reports made and declined to act on as well as Representatives of the state and government of Maine and Vermont, as well as Florida.

Given the reason and statement of claim above I will be providing for the statutes and claims of violations to pursue in the upcoming filings of lawsuits against all listed above for personal injury and all more that apply.

Kimberly D Crosson (Howes) 5/10/2022

Kimberly D Crosson (Howes)

Kimchowes@gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Washington DC

Kimberly D Crosson B/o Jeykobi Knights + Brianna Knights Gypsy Roma - Service Dog

Plaintiff(s)

v.

Kevin J Bickford

Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kevin J Bickford
109 Railroad St #1,2,3,6,8? (He claims all)
Island Pond, Vt
05846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: USC 42, 1983, 18 USC 241, 18 USC 1503, 1505, 1512 + 1513 18 USC 371, 18 USC 241,

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

☑ I returned the summons unexecuted because __________ ; or

☑ Other *(specify)*: request waiver of fees, service, filing frivolous bail conditions against me*
* History of mail and witness tampering (court order)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2022

Kimberly D Crosson
*Server's signature*

Kimberly D Crosson
*Printed name and title*

P.O. Box 111 Freeport Me, 04320
*Server's address*

Additional information regarding attempted service, etc: alternate MD address upon request (confidential) Kimchowes@gmail.com